IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMUEL PETER MCELMEEL,

        Plaintiff,

v.

PATRICIA W. PERLOW, et al.,

        Defendants.

Case No. 6:24-cv-00651-SI

ORDER

SIMON, District Judge.

    This closed prisoner civil rights case comes before the Court on Plaintiff's Motion for Preliminary Injunction (#22) in which he asks the Court to require email providers to maintain his email accounts which are due to be deleted due to inactivity. One year ago, the Court dismissed this case for failure to state a claim. As a result, there is no pending complaint in this case and, even if there were, Plaintiff seeks injunctive relief against entities that are not parties to this lawsuit. Because he has no chance of success on the merits of any claim associated with the issues raised in his Motion for Preliminary Injunction, the Motion is denied. *See Winter v. Natural Res. Def. Council, Inc.,* 129 S.Ct. 365, 374 (2008) (a plaintiff seeking preliminary injunction must demonstrate that he is likely to succeed on the merits).

1 - ORDER

Plaintiff has also filed a third Motion for Appointment of Counsel (#23). The Motion is denied for the reasons previously identified in the Court's Order (#10) dated June 6, 2024.

## CONCLUSION

Plaintiff's Motion for Preliminary Injunction (#22) and his Motion for Appointment of Counsel (#23) are denied. The Court will not entertain any additional motions in this terminated case.

IT IS SO ORDERED.

August 25, 2025
DATE

Michael H. Simon
United States District Judge